**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

| | | |
|---|---|---|
| SASSOON PERESS and RENEWZ<br>SUSTAINABLE SOLUTIONS, INC., | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| iSUN, INC., | ) | |
| | ) | |
| *Defendant.* | ) | |
| _____ | ) | Case No. 2:22-cv-18-CR |
| | ) | |
| iSUN, INC., | ) | |
| | ) | |
| *Counterclaim-Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SASSOON PERESS and RENEWZ<br>SUSTAINABLE SOLUTIONS, INC., | ) | |
| | ) | |
| *Counterclaim-Defendants.* | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

   **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and

Counterclaim-Defendants Sassoon Peress and renewz sustainable solutions, Inc. and Defendant

and Counterclaim-Plaintiff iSun, Inc., and the parties' respective counsel, that pursuant to the

terms of the confidential Settlement Agreement executed by the above-named parties and/or their

duly authorized agents as of  January 12, 2023, the above-captioned action, and all claims,

compulsory and/or permissive counterclaims, and third-party claims filed and/or that could have

been filed in connection with this action, be and are hereby voluntarily dismissed, with prejudice.

Each party shall bear its own attorneys' fees and costs except as provided in the Settlement

Agreement.

Dated at Burlington, Vermont this <u>13th</u> day of March, 2023.

Respectfully submitted,

<u>/s/ Sharon J. Merritt</u>
H. Kenneth Merritt, Jr., Esq.
Sharon J. Merritt, Esq.
MERRITT & MERRITT
60 Lake Street, 2nd Floor
P.O. Box 5839
Burlington, VT 05402
(802) 658-7830
kmerritt@merritt-meritt.com
smerritt@merritt-meritt.com

Tyler J. Leavengood, Esq. (admitted *pro hac vice*)
Jaclyn C. Levy, Esq. (admitted *pro hac vice*)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
tleavengood@potteranderson.com
jlevy@potteranderson.com

*Attorneys for Defendant and Counterclaim-Plaintiff iSun, Inc.*

<u>/s/ Pietro J. Lynn</u>
Pietro J. Lynn, Esq.
LYNN, LYNN, BLACKMAN & MANITSKY, P.C.
76 St. Paul Street, Suite 400
Burlington, VT 05401
(802) 860-1500
plynn@lynnlawvt.com

*Attorneys for Plaintiffs and Counterclaim-Defendants Sassoon Peress and renewz sustainable solutions, Inc.*