# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| SASSOON PERESS and RENEWZ SUSTAINABLE SOLUTIONS, INC., <br><br>*Plaintiffs*, <br><br> v. <br><br> iSUN, INC., <br><br>*Defendant*. <br> _____ <br> iSUN, INC., <br><br> *Counterclaim-Plaintiff*, <br><br> v. <br><br> SASSOON PERESS and RENEWZ SUSTAINABLE SOLUTIONS, INC., <br><br> *Counterclaim-Defendants*. | Case No. 2:22-cv-18-CR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Counterclaim-Defendants Sassoon Peress and renewz sustainable solutions, Inc. and Defendant and Counterclaim-Plaintiff iSun, Inc., and the parties' respective counsel, that pursuant to the terms of the confidential Settlement Agreement executed by the above-named parties and/or their duly authorized agents as of January 12, 2023, the above-captioned action, and all claims, compulsory and/or permissive counterclaims, and third-party claims filed and/or that could have been filed in connection with this action, be and are hereby voluntarily dismissed, with prejudice. Each party shall bear its own attorneys' fees and costs except as provided in the Settlement Agreement.

Dated at Burlington, Vermont this 13th day of March, 2023.

    Respectfully submitted,

    /s/ *Sharon J. Merritt*
    H. Kenneth Merritt, Jr., Esq.
    Sharon J. Merritt, Esq.
    MERRITT & MERRITT
    60 Lake Street, 2nd Floor
    P.O. Box 5839
    Burlington, VT 05402
    (802) 658-7830
    kmerritt@merritt-meritt.com
    smerritt@merritt-meritt.com

    Tyler J. Leavengood, Esq. (admitted *pro hac vice*)
    Jaclyn C. Levy, Esq. (admitted *pro hac vice*)
    POTTER ANDERSON & CORROON LLP
    Hercules Plaza, 6th Floor
    1313 North Market Street
    Wilmington, DE 19801
    (302) 984-6000
    tleavengood@potteranderson.com
    jlevy@potteranderson.com

    *Attorneys for Defendant and Counterclaim-Plaintiff iSun, Inc.*


    /s/ *Pietro J. Lynn*
    Pietro J. Lynn, Esq.
    LYNN, LYNN, BLACKMAN & MANITSKY, P.C.
    76 St. Paul Street, Suite 400
    Burlington, VT 05401
    (802) 860-1500
    plynn@lynnlawvt.com

    *Attorneys for Plaintiffs and Counterclaim-Defendants Sassoon Peress and renewz sustainable solutions, Inc.*